1

2

3

4

5

6

7               IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11  JAMES E. SMITH,

12            Plaintiff,              No. 2:13-cv-0252 AC P

13        vs.

14  TIM VIRGA, et al.,

15            Defendants.             ORDER

16  _____/

17          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

18  to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

19  U.S.C. § 1915.  Plaintiff has not, however, filed his application for leave to proceed in forma

20  pauperis on the form used by this district.  Use of the form assists plaintiff to establish and the

21  court to evaluate plaintiff's in forma pauperis status in light of 28 U.S.C. § 1915 (b)(1) and (2).

22  Accordingly, plaintiff's application will be dismissed and plaintiff will be provided the

23  opportunity to submit the application on the appropriate form.  Plaintiff is cautioned that he must

24  also provide a certified copy of his prison trust account statement for the six month period

25  immediately preceding the filing of his complaint.

26          In accordance with the above, IT IS HEREBY ORDERED that:

1

1            1.  Plaintiff's February 8, 2013, application to proceed in forma pauperis (ECF

2  No. 2) is dismissed without prejudice;

3            2.  The Clerk of the Court is directed to send plaintiff a new Application to

4  Proceed In Forma Pauperis By a Prisoner; and

5            3.  Plaintiff shall submit, within twenty-eight days from the date of this order, a

6  completed application to proceed in forma pauperis.  Plaintiff's failure to comply with this order

7  will result in a recommendation that this action be dismissed without prejudice.

8  DATED: February 13, 2013.

9

10                                     ALLISON CLAIRE
                                       UNITED STATES MAGISTRATE JUDGE
11

12  AC:009/kly
   smit0252.3d

13

14

15

16

17

18

19

20

21

22

23

24

25

26